O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN H. JOHNSON, PAULA A. JOHNSON,<br><br>               Plaintiffs,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A., Successor-In-Interest to Washington Mutual Bank, N.A.; All Persons or Entities Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in this Complaint Adverse to Plaintiff's Title, or Any Cloud Upon,<br><br>               Defendants. | Case No. EDCV 14-01372 DDP (JEMx)<br><br>ORDER GRANTING MOTION TO DISMISS AND VACATING MOTION TO REMAND<br><br>[DOCKET NUMBERS 11 and 16] |

Defendant's Motion to Dismiss (Dkt. 16) is GRANTED. Plaintiffs do not dispute that their Complaint alleges the same cause of action, concerning the same facts and parties, that was dismissed in Case No. 14-cv-777.  Plaintiff's single quiet title claim is therefore res judicata, and must be DISMISSED.  See Owens v. Kaiser Foundation Health Plan, Inc., 244 F.3d 708, 713-714

(affirming dismissal on res judicata grounds where counsel failed to oppose prior dismissal), Plaintiff's Motion to Remand (Dkt. 11) is VACATED as moot.

IT IS SO ORDERED.

Dated: March 12, 2015

                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge